B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mt. Zion Limited Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Woodspring Apartments** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**31-1538174** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 North Field Drive, Suite 110**<br>**Lake Forest, IL**<br>ZIP Code **60045** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake County, IL** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **550 Mt. Zion Rd.**<br>**Florence, KY 41042** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mt. Zion Limited Partnership** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mt. Zion Limited Partnership** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**April 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ivan Djurin**
Signature of Authorized Individual

**Ivan Djurin**
Printed Name of Authorized Individual

**Manager of Woodspring Apartments, LLC, General Partner**
Title of Authorized Individual

**April 23, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Mt. Zion Limited Partnership**                                    ,   Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Berkley Manor Apartments Limited Partnership** <br> **Northern District of Illinois** | **09-41895** <br> **Common Ownership** | **11/04/10** <br> **Hollis** |
| **Colts Run, L.L.C.** <br> **Northern District of Illinois** | **10-18071** <br> **Common Ownership** | **04/23/10** <br> **Hollis** |
| **Ventana Hills Associates, Ltd.** <br> **Northern District of Illinois** | **09-41755** <br> **Common Ownership** | **11/03/09** <br> **Hollis** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Mt. Zion Limited Partnership**                              Case No.
                               Debtor(s)                            Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Adams, Nathan<br>10048 Irish Way<br>Union, KY 41091 | Adams, Nathan<br>10048 Irish Way<br>Union, KY 41091 | | | 5,475.00 |
| Anthem BCBS KY Group<br>PO Box 105124<br>Atlanta, GA 30348-5124 | Anthem BCBS KY Group<br>PO Box 105124<br>Atlanta, GA 30348-5124 | | | 1,232.49 |
| Apartment Guide<br>PO Box 402039<br>Atlanta, GA 30384 | Apartment Guide<br>PO Box 402039<br>Atlanta, GA 30384 | | | 3,570.00 |
| Apartments.com<br>2563 Collection Center Drive<br>Chicago, IL 60693 | Apartments.com<br>2563 Collection Center Drive<br>Chicago, IL 60693 | | | 1,347.00 |
| Assurance Agency, Ltd.<br>PO Box 66056<br>Chicago, IL 60666-0056 | Assurance Agency, Ltd.<br>PO Box 66056<br>Chicago, IL 60666-0056 | | | 22,985.00 |
| Bzak Landscaping Inc.<br>931 Round Bottom Rd<br>Milford, OH 45150 | Bzak Landscaping Inc.<br>931 Round Bottom Rd<br>Milford, OH 45150 | | | 1,590.00 |
| D-B Enterprises<br>6301 Crystal Springs Road<br>Crystal Lake, IL 60012 | D-B Enterprises<br>6301 Crystal Springs Road<br>Crystal Lake, IL 60012 | | | 2,519.91 |
| For Rent Magazine<br>75 Remittance Dr., #1705<br>Chicago, IL 60675-1705 | For Rent Magazine<br>75 Remittance Dr., #1705<br>Chicago, IL 60675-1705 | | | 2,861.00 |
| Graham's Glass & Gazing, Inc.<br>5084 Waterloo Road<br>Burlington, KY 41005 | Graham's Glass & Gazing, Inc.<br>5084 Waterloo Road<br>Burlington, KY 41005 | | | 281.98 |
| HD Supply Facillities<br>PO Box 509058<br>San Diego, CA 92150-9058 | HD Supply Facillities<br>PO Box 509058<br>San Diego, CA 92150-9058 | | | 2,007.14 |
| Jolly Plumbing<br>11 Beacon Drive<br>Newport, KY 41076 | Jolly Plumbing<br>11 Beacon Drive<br>Newport, KY 41076 | | | 285.00 |
| Jones Fish Hatcheries, Inc.<br>3433 Chruch Street<br>Cincinnati, OH 45244 | Jones Fish Hatcheries, Inc.<br>3433 Chruch Street<br>Cincinnati, OH 45244 | | | 990.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Mt. Zion Limited Partnership**                                   Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LexisNexis Screening Solutions<br>PO Box 730694<br>Dallas, TX 75373-0694 | LexisNexis Screening Solutions<br>PO Box 730694<br>Dallas, TX 75373-0694 | | | 539.00 |
| Mt. Zion of Kentucky, LLC<br>6170 First Financial Drive<br>Suite 301<br>Burlington, KY 41005 | Mt. Zion of Kentucky, LLC<br>6170 First Financial Drive<br>Suite 301<br>Burlington, KY 41005 | | | 300,000.00 |
| Office Depot, Inc.<br>PO Box 88040<br>Chicago, IL 60680-1040 | Office Depot, Inc.<br>PO Box 88040<br>Chicago, IL 60680-1040 | | | 1,128.40 |
| Olimpia Commercial Cleaning<br>82 Edgwood Road<br>Edgwood, KY 41017 | Olimpia Commercial Cleaning<br>82 Edgwood Road<br>Edgwood, KY 41017 | | | 800.00 |
| Rite Rug Company, Inc.<br>c/o Fifth Third Bank<br>PO Box 634478<br>Cincinnati, OH 45263-4478 | Rite Rug Company, Inc.<br>c/o Fifth Third Bank<br>PO Box 634478<br>Cincinnati, OH 45263-4478 | | | 6,037.89 |
| Sherwin Williams Store 1056<br>6834 Dixie Highway<br>Florence, KY 41042-2005 | Sherwin Williams Store 1056<br>6834 Dixie Highway<br>Florence, KY 41042-2005 | | | 1,340.32 |
| Shirden's Carpet Cleaning Services, Inc.<br>PO Box 39<br>Hebron, KY 41048 | Shirden's Carpet Cleaning Services, Inc.<br>PO Box 39<br>Hebron, KY 41048 | | | 1,874.00 |
| Wilmar Industries, Inc.<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Wilmar Industries, Inc.<br>PO Box 404284<br>Atlanta, GA 30384-4284 | | | 1,870.72 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A PARTNERSHIP

I, the Manager of Woodspring Apartments, LLC, General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 23, 2010**          Signature **/s/Ivan Djurin**
                                            **Ivan Djurin**
                                            **Manager of Woodspring Apartments, LLC, General Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**B6D (Official Form 6D) (12/07)**

In re **Mt. Zion Limited Partnership**, Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Boone County Clerk**<br>**2950 East Washington St.**<br>**Burlington, KY 41005** | | - | real estate taxes<br><br><br>Value $   **Unknown** | | | | 323,452.00 | Unknown |
| Account No.<br><br>**Hitachi**<br>**21925 Network Place**<br>**Chicago, IL 60673-1219** | | - | <br><br>Value $   **Unknown** | | | | 27,723.38 | Unknown |
| Account No.<br><br>**PNC Bank**<br>**One North Franklin Street**<br>**21st Floor**<br>**Chicago, IL 60606** | | - | 1st Mortgage:<br><br><br>Value $   **Unknown** | | | X | 28,850,000.00 | Unknown |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |

**_0_** continuation sheets attached

Subtotal (Total of this page)  **29,201,175.38**   **0.00**

Total (Report on Summary of Schedules)  **29,201,175.38**   **0.00**

B6E (Official Form 6E) (4/10)

.

In re  **Mt. Zion Limited Partnership**                                          ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                         **_0_** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Mt. Zion Limited Partnership**                                ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x726e**<br><br>**Access Audio & Video Inc.**<br>**2589 Longbranch Rd**<br>**Union, KY 41091** | - | | | | | | **60.00** |
| Account No.<br><br>**Adams, Nathan**<br>**10048 Irish Way**<br>**Union, KY 41091** | - | | | | | | **5,475.00** |
| Account No. **xxxxxxxx-0000**<br><br>**Anthem BCBS KY Group**<br>**PO Box 105124**<br>**Atlanta, GA 30348-5124** | - | | | | | | **1,232.49** |
| Account No. **x4319**<br><br>**Apartment Guide**<br>**PO Box 402039**<br>**Atlanta, GA 30384** | - | | | | | | **3,570.00** |
| __6__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | **10,337.49** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mt. Zion Limited Partnership**    ,    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Apartments.com**<br>**2563 Collection Center Drive**<br>**Chicago, IL 60693** | - | | | | | | 1,347.00 |
| Account No. **xxxxxTR-02**<br>**Assurance Agency, Ltd.**<br>**PO Box 66056**<br>**Chicago, IL 60666-0056** | - | | | | | | 22,985.00 |
| Account No. **xxxxxxxx50-09**<br>**Blue Moon Software, Inc.**<br>**PO Box 684926**<br>**Austin, TX 78768-4926** | - | | | | | | 175.00 |
| Account No.<br>**Bzak Landscaping Inc.**<br>**931 Round Bottom Rd**<br>**Milford, OH 45150** | - | | | | | | 1,590.00 |
| Account No. **x3639**<br>**Com Doc Inc.**<br>**PO Box 1573**<br>**Akron, OH 44309** | - | | | | | | 127.04 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **26,224.04**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mt. Zion Limited Partnership**,  Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **D-B Enterprises** <br> **6301 Crystal Springs Road** <br> **Crystal Lake, IL 60012** | - | | | | | | 2,519.91 |
| Account No. <br> **David Donnett Attorney At Law** <br> **1212 Sycamore Street** <br> **Suite 36** <br> **Cincinnati, OH 45202** | - | | | | | | **Unknown** |
| Account No. **xxx0569** <br> **For Rent Magazine** <br> **75 Remittance Dr., #1705** <br> **Chicago, IL 60675-1705** | - | | | | | | 2,861.00 |
| Account No. <br> **Graham's Glass & Gazing, Inc.** <br> **5084 Waterloo Road** <br> **Burlington, KY 41005** | - | | | | | | 281.98 |
| Account No. **xxx8200** <br> **HD Supply Facillities** <br> **PO Box 509058** <br> **San Diego, CA 92150-9058** | - | | | | | | 2,007.14 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **7,670.03**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mt. Zion Limited Partnership**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WOOSPR** <br><br> **Jolly Plumbing** <br> **11 Beacon Drive** <br> **Newport, KY 41076** | | - | | | | | 285.00 |
| Account No. <br><br> **Jones Fish Hatcheries, Inc.** <br> **3433 Chruch Street** <br> **Cincinnati, OH 45244** | | - | | | | | 990.00 |
| Account No. **xx1683** <br><br> **LexisNexis Screening Solutions** <br> **PO Box 730694** <br> **Dallas, TX 75373-0694** | | - | | | | | 539.00 |
| Account No. <br><br> **Louisville Apartment Association** <br> **7400 South Park Place, Suite 1** <br> **Louisville, KY 40222** | | - | | | | | 239.99 |
| Account No. **xxxx xxx021 1** <br><br> **Lowes Commercial Services** <br> **PO Box 530954** <br> **Atlanta, GA 30353-0954** | | - | | | | | 160.92 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,214.91**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mt. Zion Limited Partnership**, Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5451** <br><br> **Miami Products & Chemical Co.** <br> **PO Box 486** <br> **Dayton, OH 45401** | - | | | | | | 29.82 |
| Account No. <br><br> **Mt. Zion of Kentucky, LLC** <br> **6170 First Financial Drive** <br> **Suite 301** <br> **Burlington, KY 41005** | - | | | | | | 300,000.00 |
| Account No. **xxx7350** <br><br> **National Apartment Association** <br> **PO Box 75219** <br> **Baltimore, MD 21275-5219** | - | | | | | | 70.00 |
| Account No. **xxxx6421** <br><br> **Office Depot, Inc.** <br> **PO Box 88040** <br> **Chicago, IL 60680-1040** | - | | | | | | 1,128.40 |
| Account No. <br><br> **Olimpia Commercial Cleaning** <br> **82 Edgwood Road** <br> **Edgwood, KY 41017** | - | | | | | | 800.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **302,028.22**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mt. Zion Limited Partnership**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Pest Guard Exterminating** <br> **71 Cavalier Blvd., #132** <br> **Florence, KY 41042** | - | | | | | | 107.00 |
| Account No. <br> **Rite Rug Company, Inc.** <br> **c/o Fifth Third Bank** <br> **PO Box 634478** <br> **Cincinnati, OH 45263-4478** | - | | | | | | 6,037.89 |
| Account No. **2658** <br> **S.W.H. Supply Company, Inc.** <br> **242 East Main Street** <br> **Louisville, KY 40202** | - | | | | | | 78.77 |
| Account No. <br> **Shehan Pool Supplies** <br> **10031 Dixie Highway** <br> **Florence, KY 41042** | - | | | | | | 22.89 |
| Account No. **xxxx-x770-2** <br> **Sherwin Williams Store 1056** <br> **6834 Dixie Highway** <br> **Florence, KY 41042-2005** | - | | | | | | 1,340.32 |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,586.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mt. Zion Limited Partnership**  ,   Case No. _____
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Shirden's Carpet Cleaning Services, Inc.**<br>**PO Box 39**<br>**Hebron, KY 41048** | - | | | | | | 1,874.00 |
| Account No.<br>**Silco Fire Protection Company**<br>**10765 Madallion Drive**<br>**Cincinnati, OH 45241** | - | | | | | | 179.73 |
| Account No.<br>**Unlimited Gutters and Spouts**<br>**3462 Visalia Road**<br>**Florence, KY 41063** | - | | | | | | 117.73 |
| Account No.<br>**William E. Huml & Co., Ltd.**<br>**1870 W. Winchester Rd.**<br>**Suite 245**<br>**Libertyville, IL 60048** | - | | | | | | **Unknown** |
| Account No. **xx7834**<br>**Wilmar Industries, Inc.**<br>**PO Box 404284**<br>**Atlanta, GA 30384-4284** | - | | | | | | 1,870.72 |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **4,042.18**

Total (Report on Summary of Schedules)   **360,103.74**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Mt. Zion Limited Partnership**　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES D, E AND F

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of Woodspring Apartments, LLC, General Partner of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules D, E, and F, consisting of __9__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 23, 2010**　　　　　　　　Signature  **/s/Ivan Djurin**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Ivan Djurin**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Manager of Woodspring Apartments, LLC, General Partner**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Mt. Zion Limited Partnership**                                              Case No.
                                          Debtor(s)                                 Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                     **35**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 23, 2010**                          **/s/Ivan Djurin**
                                                    **Ivan Djurin**/**Manager of Woodspring Apartments, LLC, General Partner**
                                                    Signer/Title

Access Audio & Video Inc.
2589 Longbranch Rd
Union, KY 41091

Adams, Nathan
10048 Irish Way
Union, KY 41091

Anthem BCBS KY Group
PO Box 105124
Atlanta, GA 30348-5124

Apartment Guide
PO Box 402039
Atlanta, GA 30384

Apartments.com
2563 Collection Center Drive
Chicago, IL 60693

Assurance Agency, Ltd.
PO Box 66056
Chicago, IL 60666-0056

Blue Moon Software, Inc.
PO Box 684926
Austin, TX 78768-4926

Boone County Clerk
2950 East Washington St.
Burlington, KY 41005

Bzak Landscaping Inc.
931 Round Bottom Rd
Milford, OH 45150

Com Doc Inc.
PO Box 1573
Akron, OH 44309

D & B Enterprises
6301 Crystal Springs Road
Crystal Lake, IL 60012

David Donnett Attorney At Law
1212 Sycamore Street
Suite 36
Cincinnati, OH 45202

For Rent Magazine
75 Remittance Dr., #1705
Chicago, IL 60675-1705

Graham's Glass & Gazing, Inc.
5084 Waterloo Road
Burlington, KY 41005

HD Supply Facillities
PO Box 509058
San Diego, CA 92150-9058

Hitachi
21925 Network Place
Chicago, IL 60673-1219

Jolly Plumbing
11 Beacon Drive
Newport, KY 41076

Jones Fish Hatcheries, Inc.
3433 Chruch Street
Cincinnati, OH 45244

LexisNexis Screening Solutions
PO Box 730694
Dallas, TX 75373-0694

Louisville Apartment Association
7400 South Park Place, Suite 1
Louisville, KY 40222

Lowes Commercial Services
PO Box 530954
Atlanta, GA 30353-0954

Miami Products & Chemical Co.
PO Box 486
Dayton, OH 45401

Mt. Zion of Kentucky, LLC
6170 First Financial Drive
Suite 301
Burlington, KY 41005

National Apartment Association
PO Box 75219
Baltimore, MD 21275-5219

Office Depot, Inc.
PO Box 88040
Chicago, IL 60680-1040

Olimpia Commercial Cleaning
82 Edgwood Road
Edgwood, KY 41017

Pest Guard Exterminating
71 Cavalier Blvd., #132
Florence, KY 41042

PNC Bank
One North Franklin Street
21st Floor
Chicago, IL 60606

Rite Rug Company, Inc.
c/o Fifth Third Bank
PO Box 634478
Cincinnati, OH 45263-4478

S.W.H. Supply Company, Inc.
242 East Main Street
Louisville, KY 40202

Shehan Pool Supplies
10031 Dixie Highway
Florence, KY 41042


Sherwin Williams Store 1056
6834 Dixie Highway
Florence, KY 41042-2005


Shirden's Carpet Cleaning
Services, Inc.
PO Box 39
Hebron, KY 41048


Silco Fire Protection Company
10765 Madallion Drive
Cincinnati, OH 45241


Unlimited Gutters and Spouts
3462 Visalia Road
Florence, KY 41063


William E. Huml & Co., Ltd.
1870 W. Winchester Rd.
Suite 245
Libertyville, IL 60048


Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA 30384-4284