UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 18075 |
| | ) | |
| MT. ZION LIMITED PARTNERSHIP, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO WILLIAM E. HUML & CO., LTD., ACCOUNTANT FOR DEBTOR,
ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION**
[EOD # 332]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 45,229.50 | TOTAL COSTS REQUESTED: | $ 681.72 |
| TOTAL FEES REDUCED: | $ 784.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 44,445.50 | TOTAL COSTS ALLOWED: | $ 681.72 |

**TOTAL FEES AND COSTS ALLOWED: $ 45,127.22**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(7) **Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

(8) **Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**(9)    No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A).

IT IS SO ORDERED.

ENTERED:

Date: MAY 31 2012

PAMELA S. HOLLIS
United States Bankruptcy Judge

4/1/2012  
Billing Worksheet - MT. ZION APARTMENTS  
For the Period: 09/01/2010 - 3/20/12

WILLIAM E. HUML & CO. Ltd.  
Exhibit A  
General Administration

| Memo | Staff | Date | Description of work performed | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| | Kolb, Karen | 10/20/2010 | A - review and post invoices to system | 70 | 0.1 | 7 |
| | Kolb, Karen | 10/21/2010 | A - update daily cash receipts into spreadsheets; create new cash spreadsheets for November | 70 | 0.3 | 21 |
| | Kolb, Karen | 10/21/2010 | A - post recurring journal entries into system for October | 70 | 0.1 | 7 |
| | Kolb, Karen | 10/25/2010 | A - update weekend cash receipts into spreadsheets | 70 | 0.2 | 14 |
| | Kolb, Karen | 10/26/2010 | A - prepare list of open payables; cut checks and match to appropriate invoices | 70 | 0.6 | 42 |
| | Kolb, Karen | 10/27/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 10/27/2010 | A - reconcile the Operating bank account and the Security Deposit bank account for the month of October | 70 | 1.1 | 77 |
| | Kolb, Karen | 10/28/2010 | A - review and post weekly invoices into system | 70 | 0.1 | 7 |
| | Kolb, Karen | 10/28/2010 | A - transfer funds to cover security deposit checks cut this week | 70 | 0.1 | 7 |
| | Kolb, Karen | 10/28/2010 | A - post bank reconciliations into system | 70 | 0.2 | 14 |
| | Landry, Ron | 09/21/2010 | A - Discuss the budgets for Management fees; instruct staff to prepare analysis of year-to-date fees paid | 160 | 0.2 | 32 |
| | Landry, Ron | 09/23/2010 | A - Research the penalty assessed for late filing of 2009 1065 partnership return; prepare letter to the IRS requesting abatement | 160 | 0.6 | 96 |
| | Landry, Ron | 09/29/2010 | A - Preparation of General Partners (Woodspring Apartments LLC) 1065 Partnership return for tax years 2008 and 2009 | 160 | 2 | 320 |
| | Landry, Ron | 09/30/2010 | A - Compose letter requesting an abatement of penalties imposed on Mt. Zion; email letter to Debtor for signature | 160 | 0.6 | 96 |
| | Kolb, Karen | 11/01/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/01/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 70 | 0.4 | 28 |
| | Kolb, Karen | 11/02/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/02/2010 | A - prepare US Trustee reports for the month of October including all checks cut, all deposits, all payrolls, etc. | 70 | 1.1 | 77 |
| | Kolb, Karen | 11/03/2010 | A - prepare journal entry for payroll and for payroll allocations dated 11/5/10 | 70 | 0.3 | 21 |
| | Kolb, Karen | 11/03/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/04/2010 | A - reconcile all general ledger accounts for the month of October | 70 | 0.4 | 28 |
| | Kolb, Karen | 11/04/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/04/2010 | A - review weekly invoices and post in the system | 70 | 0.2 | 14 |
| | Kolb, Karen | 11/09/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/09/2010 | A - prepare list of open payables; compare to budgeted items; cut checks and match to appropriate invoices | 70 | 0.6 | 42 |
| | Landry, Ron | 11/10/2010 | A - Review and email .pdf documents for the US Trustee reporting for month ending 10/31/10 | 160 | 0.4 | 64 |
| | Kolb, Karen | 11/10/2010 | A - cut additional checks and enter on the variance reports | 70 | 0.2 | 14 |
| | Kolb, Karen | 11/11/2010 | A - review weekly invoices and post to system | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/12/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/15/2010 | A - update weekend cash receipts into spreadsheets | 70 | 0.1 | 7 |

Handwritten annotations:  
⑨ (-$96.00)  
⑨ (-$320.00)

4/1/2012  
Billing Worksheet - MT. ZION APARTMENTS  
For the Period: 09/01/2010 - 3/20/12

WILLIAM E. HUML & CO. Ltd.  
Exhibit A  
General Administration

| Memo | Staff | Date | Description of work performed | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| | Kolb, Karen | 11/15/2010 | A - review weekly invoices and post in system | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/15/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 70 | 0.5 | 35 |
| | Kolb, Karen | 11/16/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/16/2010 | A - match checks cut to appropriate invoices and prepare all checks for mailing | 70 | 0.4 | 28 |
| | Kolb, Karen | 11/17/2010 | A - prepare payroll journal entries and payroll allocation journal entries for the payroll on 11/19/10 and enter in the sytem | 70 | 0.2 | 14 |
| | Landry, Ron | 11/17/2010 | A - Run a current balance sheet for Debtor's review; export to Excel and email in .pdf format accordingly | 160 | 0.3 | 48 |
| | Landry, Ron | 11/18/2010 | A - Assist manager, Carey, with the Excel 2011 monthly budget to be input into Yardi; make formula modifications as necessary | 160 | 0.6 | 96 |
| | Kolb, Karen | 11/18/2010 | A - update daily cash receipts into spreadsheets; create new cash spreadsheets for the month of December | 70 | 0.2 | 14 |
| | Kolb, Karen | 11/18/2010 | A - transfer funds to cover security deposit checks cut for week ending 11/20/10 | 70 | 0.1 | 7 |
| | Landry, Ron | 11/22/2010 | A - Prepare analysis for YTD management fees for Debtor; email accordingly | 160 | 0.4 | 64 |
| | Kolb, Karen | 11/22/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 70 | 0.3 | 21 |
| | Kolb, Karen | 11/23/2010 | A - update daily cash receipts into spreadsheets | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/23/2010 | A - transfer funds to cover security deposit checks cut this week | 70 | 0.1 | 7 |
| | Kolb, Karen | 11/23/2010 | A - review invoices for the week and post in the system | 70 | 0.1 | 7 |
| | Landry, Ron | 11/23/2010 | A - Prepare cash balances for attorney, Welch -- opening and current balances | 160 | 0.2 | 32 |
| | Kolb, Karen | 11/29/2010 | A - prepare list of open payables; compare to budget and cut checks; match checks to appropriate invoices | 70 | 0.2 | 14 |
| | Kolb, Karen | 11/30/2010 | A - reconcile both the Operating account and the Security Deposit account for the month of November | 70 | 1.2 | 84 |
| | Kolb, Karen | 12/01/2010 | A - prepare journal entry for 12/3/10 payroll and payroll allocations and enter in system | 70 | 0.3 | 21 |
| | Kolb, Karen | 12/01/2010 | A - prepare 'Verification of Fiduciary's Federal Tax Deposit' reports for November's payrolls | 70 | 0.1 | 7 |
| | Kolb, Karen | 12/01/2010 | A - post bank reconcilliations for Operating account and Security Deposit account into system | 70 | 0.2 | 14 |
| | Landry, Ron | 12/01/2010 | A - Run various reporting (A/R Aging, A/P Aging) for preparation of Trustee Reports | 160 | 0.2 | 32 |
| | Kolb, Karen | 12/02/2010 | A - reconcile Operating account and Security Deposit account to the end of November; prepare lists of all checks cut by general ledger account number as well as complete list of all receipts for the month; prepare adn balance US Trustee reports for the month of November | 70 | 1.5 | 105 |
| | Kolb, Karen | 12/02/2010 | A - transfer funds to cover security deposit checks cut for week ending 12/4/10 | 70 | 0.1 | 7 |
| | Kolb, Karen | 12/02/2010 | A - reconcile all balance sheet accounts in Excel | 70 | 0.3 | 21 |

⑦ (-$10.50)

4/1/2012  
Billing Worksheet - MT. ZION APARTMENTS  
For the Period: 09/01/2010 - 3/20/12

WILLIAM E. HUML & CO. Ltd.  
Exhibit A  
General Administration

| Memo | Staff | Date | Description of work performed | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| GA | Kolb, Karen | 02/03/2011 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of January | 75 | 0.2 | 15 |
| GA | Landry, Ron | 02/04/2011 | Preparation of the payroll tax verification form to be included in Trustee reporting | 175 | 0.3 | 52.5 |
| GA | Kolb, Karen | 02/04/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month January | 75 | 1 | 75 |
| GA | Landry, Ron | 02/09/2011 | File maintenance and review of past variance reports and trustee fee payments (8) (-$17.50) | 175 | 0.1 | 17.5 |
| GA | Kolb, Karen | 02/09/2011 | Reconcile all general ledger accounts; print financial statements for the month of January | 75 | 1 | 75 |
| GA | Landry, Ron | 02/10/2011 | Review, scan and email US Trustee Reporting for month ending 1/31/11 | 175 | 0.4 | 70 |
| GA | Landry, Ron | 02/16/2011 | Review open IRS notices as it relates to penalties on tax returns filed late | 175 | 0.1 | 17.5 |
| GA | Landry, Ron | 02/18/2011 | Discuss with Debtor the pre-filing court case with vendor DB-Enterprises; determined the action necessary for resolution | 175 | 0.8 | 140 |
| GA | Landry, Ron | 02/21/2011 | Discuss with the Debtor the status of budgets and court resolutions | 175 | 0.1 | 17.5 |
| GA | Landry, Ron | 02/22/2011 | Telephone conference with manager, J. Carey: Review the necessary reporting documents needed for the finalization of the 2008 insurance claim; review the figure detail of the income statement and the 1065 tax return for Mt. Zion; run reporting needed to prepare the analysis | 175 | 1.4 | 245 |
| GA | Landry, Ron | 02/24/2011 | Follow up with attorney, D. Welch on the Trustee fee interim statement; determined to pay when actually due | 175 | 0.2 | 35 |
| GA | Kolb, Karen | 02/24/2011 | Prepare and enter recurring journal entries to accrue real estate taxes for the month of February | 75 | 0.1 | 7.5 |
| GA | Kolb, Karen | 03/02/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of February | 75 | 1.7 | 127.5 |
| GA | Kolb, Karen | 03/03/2011 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of February | 75 | 0.8 | 60 |
| GA | Kolb, Karen | 03/04/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of February | 75 | 1.1 | 82.5 |
| GA | Kolb, Karen | 03/08/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of February | 75 | 0.9 | 67.5 |
| GA | Landry, Ron | 03/08/2011 | Assist in difference in ending cash balance on the US Trustee reporting for month ending 2/28; located problem and corrected | 175 | 0.8 | 140 |
| GA | Kolb, Karen | 03/09/2011 | Prepare and enter all payrolls, journal entries and accruals into system; print financial statements for the month of February | 75 | 0.2 | 15 |
| GA | Landry, Ron | 03/09/2011 | Review and approve the US Trustee reports for the month ending 2/28/11; scan all documents to Debtor for signature | 175 | 0.4 | 70 |
| GA | Kolb, Karen | 03/24/2011 | Prepare U.S. Trustee payroll reports | 75 | 0.1 | 7.5 |
| GA | Kolb, Karen | 03/28/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of | 75 | 1 | 75 |

4/1/2012
Billing Worksheet - MT. ZION APARTMENTS
For the Period: 09/01/2010 - 3/20/12

WILLIAM E. HUML & CO. Ltd.
Exhibit A
General Administration

| Memo | Staff | Date | Description of work performed | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| GA | Kolb, Karen | 09/01/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of August | 75 | 1.2 | 90 |
| GA | Kolb, Karen | 09/02/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of August | 75 | 0.3 | 22.5 |
| GA | Kolb, Karen | 09/05/2011 | Prepare and enter all payrolls, journal entries and accruals into system; reconcile all general ledger accounts and print financial statements for the month of August | 75 | 0.2 | 15 |
| GA | Landry, Ron | 09/09/2011 | Review August month end financial statements for accuracy; review reconciliations | 175 | 0.2 | 35 |
| GA | Landry, Ron | 09/19/2011 | Print and scan to adjuster, H. Mischne, the 3 years rent rolls for the fire loss negotiations  (9) (-$210.00) | 175 | 1.2 | 210 |
| GA | Landry, Ron | 09/20/2011 | Discuss with C. Davis the proper coding of the security deposit refunds and transfer issues with where the funds were put from the start of the bankruptcy | 175 | 0.3 | 52.5 |
| GA | Landry, Ron | 09/26/2011 | Calculate Management fees for October and year-to-date through September | 175 | 0.1 | 17.5 |
| GA | Kolb, Karen | 09/26/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of September | 75 | 1.1 | 82.5 |
| GA | Kolb, Karen | 09/27/2011 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of September | 75 | 0.3 | 22.5 |
| GA | Kolb, Karen | 09/28/2011 | Prepare U.S. Trustee payroll reports | 75 | 0.2 | 15 |
| GA | Kolb, Karen | 10/05/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of September | 75 | 0.2 | 15 |
| GA | Kolb, Karen | 10/05/2011 | Prepare and enter all payrolls, journal entries and accruals into system; reconcile all general ledger accounts and print financial statements for the month of September | 75 | 0.2 | 15 |
| GA | Kolb, Karen | 10/06/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of September | 75 | 1 | 75 |
| GA | Landry, Ron | 10/11/2011 | Review US Trustee reporting for month ending 9/30/11 | 175 | 0.3 | 52.5 |
| GA | Landry, Ron | 10/13/2011 | Review financial statements for month ending 9/30/11 | 175 | 0.3 | 52.5 |
| GA | Kolb, Karen | 10/25/2011 | Prepare and enter recurring journal entries to accrue real estate taxes for the month of October | 75 | 0.1 | 7.5 |
| GA | Kolb, Karen | 10/26/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of October | 75 | 0.5 | 37.5 |
| GA | Kolb, Karen | 10/27/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of October | 75 | 0.8 | 60 |
| GA | Landry, Ron | 10/28/2011 | Review bank reconciliations for month ending October | 175 | 0.1 | 17.5 |
| GA | Kolb, Karen | 10/31/2011 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of October | 75 | 0.3 | 22.5 |
| GA | Kolb, Karen | 11/02/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for | 75 | 1.5 | 112.5 |

4/1/2012                                                            WILLIAM E. HUML & CO. Ltd.
Billing Worksheet - MT. ZION APARTMENTS                             Exhibit A
For the Period: 09/01/2010 - 3/20/12                                General Administration

| Memo | Staff | Date | Description of work performed | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| GA | Kolb,Karen | 01/05/2012 | Order new check stock from Deluxe for payables (8) (-$22.50) | 75 | 0.3 | 22.5 |
| GA | Kolb,Karen | 01/06/2012 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of December | 75 | 1.6 | 120 |
| GA | Landry,Ron | 01/09/2012 | Review 12/31/11 US Trustee reporting; verify the ending bank balances and the aging reports | 175 | 0.4 | 70 |
| GA | Kolb,Karen | 01/10/2012 | Reconcile all general ledger accounts and print financial statements for the month of December | 75 | 0.5 | 37.5 |
| GA | Landry,Ron | 01/11/2012 | Correct the real estate tax accrual adjustment made for 12/2011; re-run the 12/2011 reporting accordingly | 175 | 0.4 | 70 |
| GA | Landry,Ron | 01/12/2012 | Scan and email all 12/31/11 US Trustee Reporting to respective attorney | 175 | 0.2 | 35 |
| GA | Huml,Willi | 01/16/2012 | A-Review and sign weekly checks | 225 | 0.3 | 67.5 |
| GA | Kolb,Karen | 01/26/2012 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of January | 75 | 1 | 75 |
| GA | Landry,Ron | 01/26/2012 | 1099 Review (4) (-$17.50) | 175 | 0.1 | 17.5 |
| GA | Kolb,Karen | 01/26/2012 | Prepare and file 1099's and 1096 reports for 2011 | 75 | 1 | 75 |
| GA | Kolb,Karen | 01/31/2012 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of January | 75 | 0.5 | 37.5 |
| GA | Kolb,Karen | 02/01/2012 | Prepare and enter all payrolls, journal entries and accruals into system; reconcile all general ledger accounts and print financial statements for the month of January | 75 | 0.5 | 37.5 |
| GA | Kolb,Karen | 02/01/2012 | Reconcile Reserve bank account for the month of January | 75 | 0.2 | 15 |
| GA | Kolb,Karen | 02/02/2012 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of January | 75 | 1.5 | 112.5 |
| GA | Landry,Ron | 02/07/2012 | Discuss with S. Djurin the title situation with Hitachi and the Dodge loan obtained under the 5650 North Sheridan Corporation name (9) (-$17.50) | 175 | 0.1 | 17.5 |
| GA | Landry,Ron | 02/10/2012 | Review and run all reporting for month ending Jan-2012 | 175 | 0.4 | 70 |
| GA | Landry,Ron | 02/15/2012 | Review US Trustee reporting for month ending 1/31/12; scan and send email to D. Welch | 175 | 0.4 | 70 |
| GA | Landry,Ron | 02/16/2012 | Telephone conference with A. Djurin regarding the confirmation of the plan to take place on 2/21; prepare for new bank accounts, discuss security deposit account and confirmation of FEIN | 175 | 0.4 | 70 |
| GA | Landry,Ron | 02/17/2012 | Email communication to A. Djurin regarding the operating and security deposits and the possibility of treating them the same way as we do now with transferring funds | 175 | 0.2 | 35 |
| GA | Landry,Ron | 02/28/2012 | Telephone conference with A. Djurin regarding the confirmation hearing and the changes to the agreed upon plan | 175 | 0.2 | 35 |
| GA | Kolb,Karen | 03/01/2012 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of February | 75 | 1 | 75 |
| GA | Kolb,Karen | 03/05/2012 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of February | 75 | 0.2 | 15 |
| GA | Kolb,Karen | 03/07/2012 | Prepare U.S. Trustee reports; prepare end of | 75 | 1.3 | 97.5 |

4/1/2012  
Billing Worksheet - MT. ZION APARTMENTS  
For the Period: 09/01/2010 - 3/20/12

WILLIAM E. HUML & CO. Ltd.  
Exhibit A  
General Administration

| Memo | Staff | Date | Description of work performed | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| GA | Kolb, Karen | 03/08/2012 | month reports of all checks cut and all receipts for the month of February Prepare and enter all payrolls, journal entries and accruals into system; reconcile all general ledger accounts and print financial statements for the month of February | 75 | 0.9 | 67.5 |
| GA | Kolb, Karen | 03/12/2012 | Create new variance report spreadsheets for week ending 3/17/12 | 75 | 0.4 | 30 |
| GA | Landry, Ron | 03/12/2012 | Review and scan US Trustee Report for month ending 2/29/12 | 175 | 0.4 | 70 |
| GA | Landry, Ron | 03/13/2012 | Telephone conference with A. Djurin regarding the month confirmation budget; discuss the new bank account and the potential procedures once confirmation is settled and agreed upon | 175 | 0.3 | 52.5 |
| GA | Landry, Ron | 03/15/2012 | Telephone conference with A. Djurin to review the settlement agreement as it relates to the income and funding of the expenses; some discussion as it involved the due date requirements of budgets and the starting funds to operate | 175 | 0.5 | 87.5 |
| GA | Landry, Ron | 03/16/2012 | Telephone conference with A. Djurin regarding the funding and the items necessary for the transition to the new bank accounts | 175 | 0.4 | 70 |
| GA | Kolb, Karen | 03/19/2012 | Order new check stock ⓔ (-$37.50) | 75 | 0.5 | 37.5 |
| GA | Landry, Ron | 03/20/2012 | Discuss the excess security deposit funds in the account; conference with JD to determine how the transferring should be handled for this week ending 3/17 | 175 | 1 | 175 |

Mt. Zion Limited Partnership (Ch. 11)         153.1    18137.5

4/1/2012  
Billing Worksheet - MT. ZION APARTMENTS  
For the Period: 09/01/2010 - 3/20/12

WILLIAM E. HUML & CO. Ltd.  
Exhibit B  
Cash Collateral

| Memo | Staff | Date | Description of work performed | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| | | | discuss same with D. Welch and J. Carey | 75 | 0.2 | 15 |
| CC | Kolb,Karen | 12/14/2011 | Prepare the payroll journal entry and update variance report accordingly | 75 | 0.2 | 15 |
| CC | Kolb,Karen | 12/14/2011 | Balance variance reports to cash spreadsheets for week ending 12/17/11 | 75 | 0.3 | 22.5 |
| CC | Kolb,Karen | 12/14/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 75 | 0.1 | 7.5 |
| CC | Kolb,Karen | 12/19/2011 | Update daily cash receipts into spreadsheets | 75 | 0.6 | 45 |
| CC | Kolb,Karen | 12/19/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 175 | 0.5 | 87.5 |
| CC | Landry,Ron | 12/19/2011 | Review variance report for week ending 12/17 and email to I. Djurin for approval; set up new variance report for week ending 12/24 | 175 | 0.3 | 52.5 |
| CC | Landry,Ron | 12/19/2011 | Update management fee worksheet to actual; email recommendation of how to handle the overpaid amount to I. Djurin and A. Djurin for their review | 175 | 0.2 | 35 |
| CC | Landry,Ron | 12/19/2011 | Review and sign payment checks for week ending 12/24 | 75 | 0.1 | 7.5 |
| CC | Kolb,Karen | 12/20/2011 | Update daily cash receipts into spreadsheets | 75 | 0.5 | 37.5 |
| CC | Kolb,Karen | 12/20/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 75 | 0.3 | 22.5 |
| CC | Kolb,Karen | 12/22/2011 | Review all weekly payable invoices and post in the system | 75 | 0.3 | 22.5 |
| CC | Kolb,Karen | 12/22/2011 | Balance variance reports to cash spreadsheets for week ending 12/24/11 | 75 | 0.1 | 7.5 |
| CC | Kolb,Karen | 12/22/2011 | Update daily cash receipts into spreadsheets | 175 | 0.4 | 70 |
| CC | Landry,Ron | 12/26/2011 | Complete the variance report for week ending 12/24; set up new variance report for week ending 12/31; email 12/24 to I. Djurin for review | 75 | 0.3 | 22.5 |
| CC | Kolb,Karen | 12/27/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 75 | 0.1 | 7.5 |
| CC | Kolb,Karen | 12/27/2011 | Update daily cash receipts into spreadsheets | 75 | 1 | 75 |
| CC | Kolb,Karen | 12/27/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 175 | 0.2 | 35 |
| CC | Landry,Ron | 12/27/2011 | Review and sign checks processed for week ending 12/31 | 175 | 0.2 | 35 |
| CC | Landry,Ron | 12/27/2011 | Review with I. Djurin the final budgets for 2012; check to make sure that we had the most current budget we are working off of | 75 | 0.1 | 7.5 |
| CC | Kolb,Karen | 12/30/2011 | Update daily cash receipts into spreadsheets | 75 | 0.3 | 22.5 |
| CC | Kolb,Karen | 12/30/2011 | Balance variance reports to cash spreadsheets for week ending 12/31/11 | 75 | 0.2 | 15 |
| CC | Kolb,Karen | 12/30/2011 | Review all weekly payable invoices and post in the system | 75 | 1 | 75 |
| CC | Kolb,Karen | 01/03/2012 | Preparation of checks according to this week's budget; update variance report accordingly | 75 | 0.1 | 7.5 |
| CC | Kolb,Karen | 01/03/2012 | Update daily cash receipts into spreadsheets | 175 | 0.8 | 140 |
| CC | Landry,Ron | 01/03/2012 | Review variance report for week ending 12/31/11 and send to I. Djurin for review/approval; set up new variance report with the new forecast for week ending 1/7/12 | 175 | 0.2 | 35 |
| CC | Landry,Ron | 01/03/2012 | Telephone conference with A. Djurin regarding the bonus amounts and the repayment checks to Colts Run | ⑨ (-$35.00) | | |
| CC | Landry,Ron | 01/03/2012 | Review and sign all payment checks for week | 175 | 0.2 | 35 |