IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-18075 |
| MT. ZION LIMITED PARTNERSHIP, ) | Chapter 11 |
| a Kentucky Limited Partnership, ) | Judge Hollis |
| ) | |
| Debtor. ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **19th day of July, 2012**, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the PAMELA S. HOLLIS, Bankruptcy Judge, in the room usually occupied by him as a courtroom in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, Courtroom No. 644, 2l9 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR ENTRY OF FINAL DECREE,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion therein was caused to be served via First Class Mail to the persons listed on the attached Service List on the 10th day of July, 2012.

/s/David K. Welch

**SERVICE LIST**

United States Trustee
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Ronald Barliant, Esq.
Sarah J. Risken, Esq.
Goldberg Kohn Ltd.
55 East Monroe St., Suite 3300
Chicago, IL 60603

Steve Jakubowski
The Coleman Law Firm
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601

Access Audio & Video Inc.
2589 Longbranch Rd
Union, KY 41091

Adams, Nathan
10048 Irish Way
Union, KY 41091

Anthem BCBS KY Group
PO Box 105124
Atlanta, GA 30348-5124

Apartment Guide
PO Box 402039
Atlanta, GA 30384

Apartments.com
2563 Collection Center Drive
Chicago, IL 60693

Assurance Agency, Ltd.
PO Box 66056
Chicago, IL 60666-0056

Blue Moon Software, Inc.
PO Box 684926
Austin, TX 78768-4926

Boone County Clerk
2950 East Washington St.
Burlington, KY 41005

Bzak Landscaping Inc.
931 Round Bottom Rd
Milford, OH 45150

Com Doc Inc.
PO Box 1573
Akron, OH 44309

D-B Enterprises
6301 Crystal Springs Road
Crystal Lake, IL 60012

David Donnett Attorney At Law
1212 Sycamore Street
Suite 36
Cincinnati, OH 45202

For Rent Magazine
75 Remittance Dr., #1705
Chicago, IL 60675-1705

Graham's Glass & Gazing, Inc.
5084 Waterloo Road
Burlington, KY 41005

HD Supply Facillities
PO Box 509058
San Diego, CA 92150-9058

Hitachi
21925 Network Place
Chicago, IL 60673-1219

Jolly Plumbing
11 Beacon Drive
Newport, KY 41076

Jones Fish Hatcheries, Inc.
3433 Chruch Street
Cincinnati, OH 45244

LexisNexis Screening Solutions
PO Box 730694
Dallas, TX 75373-0694

Louisville Apartment Association
7400 South Park Place, Suite 1
Louisville, KY 40222

Lowes Commercial Services
PO Box 530954
Atlanta, GA 30353-0954

Miami Products & Chemical Co.
PO Box 486
Dayton, OH 45401

Mt. Zion of Kentucky, LLC
6170 First Financial Drive
Suite 301
Burlington, KY 41005

National Apartment Association
PO Box 75219
Baltimore, MD 21275-5219

Office Depot, Inc.
PO Box 88040
Chicago, IL 60680-1040

Olimpia Commercial Cleaning
82 Edgwood Road
Edgwood, KY 41017

Pest Guard Exterminating
71 Cavalier Blvd., #132
Florence, KY 41042

PNC Bank
successor to National City Bank
55 E. Monroe St., Ste 3300
Chicago, IL 60603

Rite Rug Company, Inc.
c/o Fifth Third Bank
PO Box 634478
Cincinnati, OH 45263-4478

S.W.H. Supply Company, Inc.
242 East Main Street
Louisville, KY 40202

Shehan Pool Supplies
10031 Dixie Highway
Florence, KY 41042

Sherwin Williams Store 1056
6834 Dixie Highway
Florence, KY 41042-2005

Shirden's Carpet Cleaning
Services, Inc.
PO Box 39
Hebron, KY 41048

Silco Fire Protection Company
10765 Madallion Drive
Cincinnati, OH 45241

Unlimited Gutters and Spouts
3462 Visalia Road
Florence, KY 41063

William E. Huml & Co., Ltd.
1870 W. Winchester Rd.
Suite 245
Libertyville, IL 60048

Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA 30384-4284

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-18075 |
| MT. ZION LIMITED PARTNERSHIP, ) | Chapter 11 |
| a Kentucky Limited Partnership, ) | Judge Hollis |
| ) | |
| Debtor. ) | |

## MOTION FOR ENTRY OF FINAL DECREE

Mt. Zion Limited Partnership, a Kentucky Limited Partnership, Debtor herein, by and through its Attorneys, makes its Motion For Entry Of Final Decree, and in support thereof, state as follows:

1. On April 23, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On March 20, 2012, this Court entered an Order modifying and confirming the Debtor's Second Amended Plan of Reorganization ("Plan"). The Plan has been "substantially consummated" within the meaning of Section 1101(2) of the Bankruptcy Code. Distributions under the Plan to the holders of Allowed Administrative Claims and Allowed Claims in Classes 1, 3 and 5 have commenced.

3. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure closing this Chapter 11 case.

WHEREFORE, Mt. Zion Limited Partnership, a Kentucky Limited Partnership, Debtor herein, requests the entry of a Final Decree closing this Chapter 11 case and granting such other relief as may be just and appropriate.

Respectfully submitted,

Mt. Zion Limited Partnership, a
Kentucky Limited Partnership, Debtor

/s/David K. Welch
One of Its Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
W:\GRACE\Mt. Zion\Final Decree.MOT.wpd