IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership   CASE NO. 521-10-18075

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 19, 2012 - FINAL REPORTING

| | | | |
|---|---|---:|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | | | 620,451 |
| RECEIPTS: | | | |
| | 1. Receipts from operations | | 242,800 |
| | 2. Other Receipts | | 0 |
| DISBURSEMENTS: | | | |
| | 3. Net payroll: | | |
| | a. Officers | 0 | |
| | b. Others | 9,243 | |
| | 4. Taxes | | |
| | a. Federal Income Taxes | 1,137 | |
| | b. FICA withholdings | 673 | |
| | c. Employee's withholdings - local | 139 | |
| | d. Employer's FICA | 911 | |
| | e. Federal Unemployment Taxes | 0 | |
| | f. State Income Tax | 0 | |
| | g. State Employee withholdings | 587 | |
| | h. All other state taxes - Suta | 0 | |
| | i. ADP processing fee | 75 | |
| | 5. Necessary expenses: | | |
| | a. Rent or mortgage payments(s) - land lease | | |
| | b. Utilities | 15,235 | |
| | c. Insurance | | |
| | d. Merchandise bought for manufacture or sale | | |
| | e. Other necessary expenses (specify) | | |
| | Accounting Fees | 2,500 | |
| | Advertising & Promotion | 5,613 | |
| | Auto Loan payment | | |
| | General & Administrative | 331 | |
| | Health Insurance | 186 | |
| | Loan payable-Mt. Zion | 15,000 | |
| | Management Fees | 11,448 | |
| | Mortgage Interest Payment | | |
| | Necessary capital improvements | 16,701 | |
| | Other Legal & Professional | 4,875 | |
| | Other (Payroll Allocation) | | |
| | Other - Transfer to Colts Run LLC | | |
| | Personal property taxes | | |
| | Real Estate Taxes-escrow | | |
| | Repairs & Maintenance | 18,947 | |
| | Security Deposit Refunds | 2,551 | |
| TOTAL DISBURSEMENTS | | 106,153 | 0.00 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | 136,647 | |
| Net receipts (disbursements) after monthly payment | | 136,647 | 757,098 |
| ENDING BALANCE IN PNC Bank #4804878757 | | | 4,749 |
| ENDING BALANCE IN PNC Bank #4804878749 | | | 88,802 |
| ENDING BALANCE IN PNC Bank #1028913869 | | | 277,261 |
| ENDING BALANCE IN Private Bank #2292425 | | | 386,286 |
| ENDING BALANCE IN ALL ACCOUNTS | | | 757,098 |
| | | | 0 |

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership          CASE NO.: 521-10-18075

RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Mt. Zion Limited Partnership
Account No.: 4804878757

| Date Received | Description | Amount |
|---|---|---|
| | | none |

Total:

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership     CASE NO.: 521-10-18075

## RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Mt. Zion Limited Partnership
Account No.: 4804878749

| Date Received | Description | Amount |
|---|---|---|
| 07/03/2012 | Receipts | 824.00 |
| 07/09/2012 | Receipts | 594.00 |
| 07/12/2012 | Receipts | 396.00 |
| 07/17/2012 | Receipts | 853.00 |
| 07/17/2012 | Receipts | (99.00) |
| | Total: | 2,568.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership      CASE NO.: 521-10-18075

RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Mt. Zion Limited Partnership
Account No.: 1028913869

| Date Received | Description | Amount |
|---|---|---|
| 07/02/2012 | Receipts | 2.86 |
| 07/02/2012 | Receipts | 16,740.84 |
| 07/02/2012 | Receipts | 98.27 |
| 07/02/2012 | Receipts | 380.00 |
| 07/02/2012 | Receipts | 18,219.00 |
| 07/02/2012 | Receipts | 9,879.00 |
| 07/02/2012 | Receipts | 17,672.75 |
| 07/03/2012 | Receipts | 547.24 |
| 07/03/2012 | Receipts | 2,445.00 |
| 07/03/2012 | Receipts | 26,340.28 |
| 07/03/2012 | Receipts | 2,002.00 |
| 07/03/2012 | Receipts | 13,685.00 |
| 07/05/2012 | Receipts | 17,969.79 |
| 07/05/2012 | Receipts | 19,329.00 |
| 07/05/2012 | Receipts | 17,375.63 |
| 07/06/2012 | Receipts | 1,535.00 |
| 07/06/2012 | Receipts | 17,334.97 |
| 07/06/2012 | Receipts | 18,642.75 |
| 07/06/2012 | Receipts | 9,790.00 |
| 07/09/2012 | Receipts | 1,490.00 |
| 07/09/2012 | Receipts | 6,145.00 |
| 07/09/2012 | Receipts | 88.00 |
| 07/09/2012 | Receipts | 705.00 |
| 07/10/2012 | Receipts | 2,524.58 |
| 07/11/2012 | Receipts | 1,515.00 |
| 07/11/2012 | Receipts | 665.00 |
| 07/11/2012 | Receipts | 241.17 |
| 07/11/2012 | Receipts | 2,590.33 |
| 07/13/2012 | Receipts | 4,701.13 |
| 07/14/2012 | Receipts | 3,652.22 |
| 07/16/2012 | Receipts | (775.00) |
| 07/17/2012 | Receipts | 4,628.39 |
| 07/19/2012 | Receipts | 680.00 |
| 07/19/2012 | Receipts | 179.00 |
| 07/19/2012 | Receipts | 100.00 |
| 07/19/2012 | Receipts | 1,113.23 |
| 07/05/2012 | Deposit difference | (0.30) |
| | Total: | 240,232.13 |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership  CASE NO.: 521-10-18075

RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: Private Bank
Location: 920 S. Waukegan Road, Lake Forest, IL 60045
Account Name: Mt. Zion Limited Partnership
Account No.: 2292425

| Date Received | Description | Amount |
|---|---|---|
| | | none |

Total: -

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership          CASE NO. 521-10-18075

DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Mt. Zion Limited Partnership
Account No.: 4804878757

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| 07/02/2012 | 1270 | t0006538 - Klems | 676.19 |
| 07/02/2012 | 1271 | t0007117 - Blacker | 99.00 |
| 07/02/2012 | 1272 | t0007443 - Grygo | 99.00 |
| 07/02/2012 | 1273 | ws-acces - Access Audio & Video Inc. | 60.00 |
| 07/02/2012 | 1274 | ws-cash - Rhonda Thompson | 310.69 |
| 07/02/2012 | 1275 | ws-csi - CSI Waste Services #798 | 2,197.03 |
| 07/02/2012 | 1276 | ws-dukee - Duke Energy | |
| 07/02/2012 | 1277 | ws-dukee - Duke Energy | 47.02 |
| 07/02/2012 | 1278 | ws-elsmi - Elsmere Ironworks | 661.52 |
| 07/02/2012 | 1279 | ws-guins - Guardian Insurance | 186.05 |
| 07/02/2012 | 1280 | ws-ktcle - K & T Cleaning Specialist | 735.00 |
| 07/02/2012 | 1281 | ws-miamp - Miami Products & Chemical Co | 404.92 |
| 07/02/2012 | 1282 | ws-rentc - Rent.com | 389.00 |
| 07/02/2012 | 1283 | ws-riter - Rite Rug Company Inc. | 2,891.83 |
| 07/02/2012 | 1284 | ws-royal - Royal Finish Inc. | 306.00 |
| 07/02/2012 | 1285 | ws-shirc - Shirden's Carpet Cleaning Service, Inc. | 180.00 |
| 07/02/2012 | 1286 | ws-weigh - Weige | 13.52 |
| 07/02/2012 | 1287 | ws-wilma - Wilmar Industries | 3,880.42 |
| 07/02/2012 | 1288 | z-nsp - North Street Properties, Inc. | 11,448.00 |
| 07/02/2012 | 1289 | z-wehum - WE Humi & Co. | 2,537.45 |
| 07/09/2012 | 1290 | t0002596 - Davis | 149.65 |
| 07/09/2012 | 1291 | t0005279 - Ryan | 99.00 |
| 07/09/2012 | 1292 | t0006162 - Cosgrove | 625.00 |
| 07/09/2012 | 1293 | t0006623 - Daugherty | 99.00 |
| 07/09/2012 | 1294 | t0006770 - Keith | 99.00 |
| 07/09/2012 | 1295 | t0006879 - Edwards | 605.00 |
| 07/09/2012 | 1296 | ws-bowtr - Boone County Water District | 4,369.78 |
| 07/09/2012 | 1297 | ws-cash - Rhonda Thompson | 552.72 |
| 07/09/2012 | 1298 | ws-erisk - Environmental Risk Managment | 470.00 |
| 07/09/2012 | 1299 | ws-fellr - Feller | 500.00 |
| 07/09/2012 | 1300 | ws-hdsup - HD Supply Facilities Maintenance | 1,120.46 |
| 07/09/2012 | 1301 | ws-hunlp - Hunley Painting Co. | 1,185.00 |
| 07/09/2012 | 1302 | ws-jacks - Jack's Catering, LLC | 2,304.25 |
| 07/09/2012 | 1303 | ws-jones - Jones Fish Hatcheries, Inc. | 242.14 |
| 07/09/2012 | 1304 | ws-ktcle - K & T Cleaning Specialist | 880.00 |
| 07/09/2012 | 1305 | ws-landm - Landmark Landscaping, Inc. | 3,750.00 |
| 07/09/2012 | 1306 | ws-loudg - Gregg J. Louden | 2,005.00 |

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 07/09/2012 | 1307 | ws-miamp - Miami Products & Chemical Co | 566.84 |
| 07/09/2012 | 1308 | ws-permo - Permakil Pest Control | 425.00 |
| 07/09/2012 | 1309 | ws-riter - Rite Rug Company Inc. | 929.84 |
| 07/09/2012 | 1310 | ws-ryanj - Ryan | 500.00 |
| 07/09/2012 | 1311 | ws-sanit - Sanitation District No. 1 | 8,198.88 |
| 07/09/2012 | 1312 | ws-shirc - Shirden's Carpet Cleaning Service, Inc. | 165.00 |
| 07/16/2012 | 1313 | ws-aptgu - Apartment Guide | 1,190.00 |
| 07/16/2012 | 1314 | ws-cash - Rhonda Thompson | 347.10 |
| 07/16/2012 | 1315 | ws-cinbe - Cincinnati Bell | 46.29 |
| 07/16/2012 | 1316 | ws-dukee - Duke Energy | 422.15 |
| 07/16/2012 | 1317 | ws-hdsup - HD Supply Facilities Maintenance | 1,173.73 |
| 07/16/2012 | 1318 | ws-hunlp - Hunley Painting Co. | 2,220.00 |
| 07/16/2012 | 1319 | ws-jones - Jones Fish Hatcheries, Inc. | 362.16 |
| 07/16/2012 | 1320 | ws-lange - Langenwalter Carpet Dyeing | 168.00 |
| 07/16/2012 | 1321 | ws-loudg - Gregg J. Louden | 2,845.00 |
| 07/16/2012 | 1322 | ws-murra - Murray | 3,615.26 |
| 07/16/2012 | 1323 | ws-riter - Rite Rug Company Inc. | 323.00 |
| 07/16/2012 | 1324 | ws-shirc - Shirden's Carpet Cleaning Service, Inc. | 265.00 |
| 07/16/2012 | 1325 | ws-sw056 - Sherwin Williams Store 1056 | 1,688.26 |
| 07/16/2012 | 1326 | ws-ustru - US Trustee Payment Center | 4,875.00 |
| 07/18/2012 | 1327 | ws-acces - Access Audio & Video Inc. | 3.00 |
| 07/18/2012 | 1328 | ws-aptco - Apartments.com | 89.80 |
| 07/18/2012 | 1329 | ws-aptgu - Apartment Guide | 119.00 |
| 07/18/2012 | 1330 | ws-dbent - D-B Enterprises | 76.00 |
| 07/18/2012 | 1331 | ws-envir - Environmental Air Filtration | 9.00 |
| 07/18/2012 | 1332 | ws-habeg - Habegger Corporation | 27.25 |
| 07/18/2012 | 1333 | ws-hdsup - HD Supply Facilities Maintenance | 447.74 |
| 07/18/2012 | 1334 | ws-inter - Interline Brands, Inc. | 147.97 |
| 07/18/2012 | 1335 | ws-katz - Katz, Greenberger & Norton LLP | 308.23 |
| 07/18/2012 | 1336 | ws-lexis - LexisNexis Screening Solutions | 42.50 |
| 07/18/2012 | 1337 | ws-mtzio - Mt Zion of Kentucky LLC | 15,000.00 |
| 07/18/2012 | 1338 | ws-pestg - Pest Guard Exterminating | 5.35 |
| 07/18/2012 | 1339 | ws-pncpr - PNC Bank, N.A. | 136.44 |
| 07/18/2012 | 1340 | ws-shirc - Shirden's Carpet Cleaning Service, Inc. | 19.00 |
| 07/18/2012 | 1341 | ws-sw056 - Sherwin Williams Store 1056 | 102.44 |
| 07/18/2012 | 1342 | ws-sw221 - Sherwin Williams Store 1221 | 288.05 |
| 07/13/2012 | Checks | Checks paid to employees | 9,242.82 |
| 07/13/2012 | Payroll Taxes | Payroll Taxes paid by ADP | 3,448.36 |
| 07/13/2012 | ADP fee | ADP Processing charge | 75.28 |
|  |  |  | 106,093.38 |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership         CASE NO. 521-10-18075

DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Mt. Zion Limited Partnership
Account No.: 4804878749

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| | | | none |
| | | | - |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership          CASE NO. 521-10-18075

DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Mt. Zion Limited Partnership
Account No.: 1028913869

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| 7/5/2012 | | Bank fees | 60.00 |
| | | | 60.00 |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership            CASE NO. 521-10-18075

DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank:            Private Bank
Location:        920 S. Waukegan Road, Lake Forest, IL 60045
Account Name:    Mt. Zion Limited Partnership
Account No.:     2292425

| Date Disbursed | Check No. | Description | Amount |
| --- | --- | --- | --- |
| | | | none |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Mt. Zion Limited Partnership                           CASE NO. 521-10-18075

For Month Ending July 19, 2012 - FINAL REPORTING

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | 0 |
| Add: Purchases | 0 |
| Less: goods sold (cost basis) | 0 |
| Ending Inventory | 0 |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | 11,915 |
| Payroll taxes due but unpaid | 0 |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

\* Include only post-petition payments

OPERATING REPORT Page 4

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>Verification of Fiduciary's Federal Tax Deposit |
|---|---|
| | Do not attach this Notice to your Return |
| TO | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| FROM: | Name of Taxpayer: Mt. Zion Limited Partnership<br>Taxpayer Address: 100 N. Field Drive, #110, Lake Forest, IL 60045 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1<br><br>Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | Form 941 Federal Tax Deposit (FTD) Information<br>for the payroll period from 6/23 to 7/6/12<br>Payroll date: 7/13/12<br>Gross wages paid to employees: $ 11,914.79<br>Income tax withheld: $ 437.23<br>Social Security (Employer's plus Employee's share of Social Security Tax): $ 1584.66<br>Tax Deposited: $ 2721.89<br>Date Deposited: 7/17/12 |
|---|---|
| Section 2<br><br>Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | Form 940 Federal Tax Deposit (FTD) Information<br>for the payroll period from 6/23 to 7/6/12<br>Gross wages paid to employees: $ 11,914.79<br>Tax Deposited: $ 0<br>Date Deposited: n/a |

**Certification**
(Certification is limited to receipt or electronic transmittal of deposit only)
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☑ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 Taxes)<br>2721.89 | Date of Deposit<br>7/17/12 | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 Taxes)<br>0 | Date of Deposit<br>n/a | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | 31-1538174 | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: [signature]   Date: 8/2/12
Name and Title (print or type): Ivan Djurin, Manager

Cat. #43099Z                                                   Form 6123 (rev. 06-97)

```
ID           : 31-1538174           ------------  EFTPS PAYMENT DATA  ------------
M&A/Sfx      : 001-1          813    :     180204         813    :
Yr/Qtr       : 12/3           PYMT NO: 228260001070858 PYMT NO:
Disb Status  : X              AMOUNT :          2721.89  AMOUNT :
Cutoff Date  : 07/13     Int Rlse Date: 07/17/12 Ext Rlse Date: 07/17/12
Dep Total    :           2721.89  FICAEE:         673.18   FICAER:        911.48
FIT          :           1137.23  FUTA  :           0.00   EIC   :          0.00
Company Name: MT ZION LIMITED PARTNERSHIP

    Br/Co              Deposit

_   EA/065                2721.89
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>Mt. Zion Limited Partnership</u>   CASE NO. <u>521-10-18075</u>

For Month Ending July 19, 2012 - FINAL REPORTING

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---:|
| Beginning of month balance | 506,303 |
| Add: Sales on account | 240,709 |
| Less: Collections | (242,800) |
| End of month balance | 504,212 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month Total |
|---:|---:|---:|---:|---:|
| 0 | 9,076 | 12,189 | 482,947 | 504,212 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---:|
| Beginning of month balance | 32,459 |
| Add: credit extended | 418,840 |
| Less: payments of account | (106,153) |
| End of month balance | 345,146 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month Total |
|---:|---:|---:|---:|---:|
| 345,146 | 0 | 0 | 0 | 345,146 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>Mt. Zion Limited Partnership</u>   CASE NO.   <u>521-10-18075</u>

For Month Ending July 19, 2012 - FINAL REPORTING

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Item | Yes | No |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | RCA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's RCA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____Ivan Djurin_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signed this Declaration:

Ivan Djurin

Manager

DATED: 8/2/12

OPERATING REPORT Page 8